No. 282. UNITED STATES *v.* ROGUE RIVER TRIBE OF INDIANS ET AL. Court of Claims. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Solicitor General Perlman* for the United

States. *L. A. Gravelle, Edward F. Howrey, Douglas Whitlock* and *John G. Mullen* for respondents.